AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  11-mj-00010-01 |
| | ) | |
| Jamil Lamar MOSLEY | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 2010 - August 2010_____ in the county of _____Caddo_____ in the

_____Western_____ District of _____Louisiana_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 2251(d)(1) & (e) | Conspiracy to Advertise the Distribution of Child Pornography |
| Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1) | Conspiracy to Distribute Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Leslie Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Feb. 7, 2011__

*Judge's signature*

City and state:        Shreveport, Louisiana        Mark L. Hornsby, United States Magistrate Judge
*Printed name and title*