## AFFIDAVIT

I, Leslie Williams, being duly sworn and deposed, state the following:

## INTRODUCTION

1. Your affiant is a Special Agent with the Department of Homeland Security, Homeland Security Investigations [hereinafter HSI] currently assigned to the Office of the Resident Agent in Charge Shreveport, Louisiana and has been so employed since June 2009. Your affiant is responsible for investigations involving the production, importation, advertising, receipt, and distribution of child pornography which occur in the Western District of Louisiana.

2. As a Special Agent, I have received training and have gained experience in the investigation of criminal violations enforced by Homeland Security Investigations enumerated in Titles 18 and 19 of the United States Code. Specifically, I received twenty-three weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia.

3. Your affiant was previously employed with the West Monroe Police Department in West Monroe, Louisiana for nine years, serving approximately four and a half years as a detective responsible for investigating internet crimes against children and was a member of the Federal Bureau of Investigation (FBI) Innocent Images and Cyber Crimes Task Force, the Northeast Louisiana Internet Crimes Against Children (ICAC) Task Force and the Department of Justice Project Safe Childhood – Western District of Louisiana. Your affiant has received training through the FBI Innocent Images and Cyber Crimes Center and the U.S. Department of Justice Project Safe Childhood in the areas of child pornography and child sexual exploitation, as well as specialized instruction in conducting investigations of individuals suspected of possessing, receiving and distributing child pornography.

## PROBABLE CAUSE

4. Beginning on or about the 17th day of March 2010, and continuing until on or about the 31st day of August, 2010, in the Western District of Louisiana and elsewhere, Jamil Lamar MOSLEY, DOB 06/09/1983, the defendant herein, did knowingly and intentionally conspire, confederate, and agree together and with others, both known and unknown, to commit the crime of advertising the display and the distribution of child pornography, for which a person can be charged with a criminal offense in violation of Title 18 United States Code, Section 2251(d)(1) & (e) and Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1).

5. HSI learned through an investigation that a subject using the screen name, CLUBKIDSFOREVER, was a member of a private child pornography bulletin board, hereinafter "Bulletin Board A," dedicated to the advertisement and distribution of

hardcore child pornography. Further investigation revealed that Jamil Lamar MOSLEY was using the screen name CLUBKIDSFOREVER to access "Bulleting Board A."

6. In order to gain access to "Bulletin Board A" an individual is required to post child pornography to the board, and then must be granted membership by "Administrator A." Once gaining membership, each member can access the board using a login screen name and password. "Bulletin Board A" lists specific rules, in order to gain membership to the board. Individuals seeking membership are required to upload a certain amount of child pornography to a separate website and provide "Administrator A" with preview images and the web address and password for the complete files. "Administrator A" requires that the images either contain hard core activity or nudity, and that the minors depicted are under 13. "Administrator A" stated that membership will not be granted unless these specific rules are followed.

7. Members of the board are segregated into a hierarchy of four membership levels by "Administrator A." Each level of membership permits access to more content on "Bulletin Board A." An individual can move up in membership level based upon the number and frequency of posts. The highest membership level consists of individuals who produce their own child pornography material.

8. The main webpage of "Bulletin Board A" is divided into five different areas, and within each of these areas are different sections referred to as "forums." The forums generally reflect the type of images or videos contained therein. Some of these forums include:

   a. "Homemade Posts Only"
   b. "PT Vids"
   c. "Boys"
   d. "Super Hardcore"
   e. "Over 14 Videos and pictures"
   f. "Over 18 passwords"
   g. "Chat"

9. "Bulletin Board A" also contains specific rules for the type of content to be posted in the forums. For example:

   a. The "Super Hardcore" forum, is described as containing material of very young children "getting fucked" and "preteens in distress, and or crying." The rules state that if the child looks "totally comfortable" then the child is not in distress and the material does not belong in the "Super Hardcore" section.

   b. The "Homemade Posts Only" forum is described on the main page as a section for only "producers." Within the forum, the rules state that it is an exclusive section and only individuals that make their own material can access this forum.

c. The "PT Vids" section is described on the main board as a section for videos only and the minors depicted must not be over the age of 13.

10. Within each forum, a member of "Bulletin Board A" can make a posting which is referred to as a "topic." "Bulletin Board A" contains hundreds of topic posts distributing and advertising child pornography. Within these posts, members provide preview images of the child pornography they are making available for other members along with the web address and user created password where the complete image collection or video of child pornography can be downloaded.

11. Through the board's rules, instructions are provided to all members regarding how to post preview images and how to make the complete images and videos available on another website. Members are instructed to upload the full images or video to a separate website, and require a password in order to download and decrypt the files. In the topic post advertising the child pornography, members are instructed to alter a part of the web address so that it cannot function as a hyperlink; this modification requires another member, seeking to view the advertised content, to manually enter the web address into an Internet browser and make the appropriate changes for the web address to be valid.

12. On May 16, 2010, CLUBKIDSFOREVER posted an advertisement offering to distribute the file entitled *RF#4_001(inc).mpg*, which contained prepubescent child pornography as defined by United States Code, Section 2256. The posted advertisements contained a series of images showing three prepubescent males lying on a bed masturbating and performing oral sex on each other.

13. On May 17, 2010, CLUBKIDSFOREVER posted an advertisement offering to distribute the file entitled *homemade sets*, which contained prepubescent child pornography as defined by United States Code, Section 2256. The posted advertisement contained a series of images showing various prepubescent males undressing and masturbating, an adult male performing oral sex on a prepubescent male, two prepubescent males having anal intercourse, and an adult male having anal sex with a prepubescent male.

14. On June 8, 2010, CLUBKIDSFOREVER posted an advertisement offering to distribute the file entitled *Rodrigo*, which contained child pornography as defined by United States Code, Section 2256. The posted advertisement contained a series of images showing a prepubescent male lying on a bed while removing his clothing and masturbating.

15. "Bulletin Board A" had over 600 members who posted advertisements offering to distribute child pornography in the same manner as CLUBKIDSFOREVER. At least one of the members during the conspiracy, Edward Oedewaldt, was located in the Western District of Louisiana, and advertised and distributed child pornography from the Western District of Louisiana.

16. Based upon the above information, Jamil Lamar MOSLEY did knowingly and intentionally conspire, confederate, and agree together and with others, both known and

unknown, to commit the crime of advertising the display and the distribution of child pornography, for which a person can be charged with a criminal offense in violation of Title 18 United States Code, Section 2251(d)(1) and Title 18 United States Code, Section 2252A(a)(2)(A).

Leslie Williams
Special Agent
U. S. Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed before me on this 7th of February 2011.

Mark L. Hornsby
UNITED STATES MAGISTRATE JUDGE