UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER    11-CR-00062-01 |
| | * | |
| VERSUS | * | JUDGE HICKS |
| | * | |
| WILLIAM BARTON | * | MAGISTRATE JUDGE HORNSBY |
| a.k.a. blackbart2010 | * | |

## AGREEMENT TO ABANDON PROPERTY

This agreement is made between WILLIAM BARTON, a.k.a. blackbart2010, and the United States Department of Justice, United States Attorney's Office, Western District of Louisiana.

WILLIAM BARTON, a.k.a. blackbart2010, states and affirms that he is the rightful and sole owner of the following property:

1) Black generic computer tower, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 21, 2011.

2) Seagate Free Agent hard drive 320 GB, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 21, 2011.

3) Seagate Black Armor hard drive 500 GB, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 21, 2011.

4) CD/DVDs (51 count), seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

1

5) Miscellaneous documents, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

6) VHS tape, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

7) CD/DVDs (131 count), seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

8) Nokia phones (2 count), seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

9) Pantech cell phone, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

10) Toshiba laptop, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

11) Canon digital camera, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

12) 3.5 floppy disks (20 count), seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

13) Maxtor Black Armor hard drive, seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

14) Thumb drives (5 count), seized from the defendant, WILLIAM BARTON, a.k.a. blackbart2010, on April 29, 2011.

Pursuant to this agreement, WILLIAM BARTON, a.k.a. blackbart2010, who has been convicted of the United States Code, Section 2252A(g), hereby knowingly, willfully, and voluntarily agrees to permanently abandon any and all ownership rights,

2

legal interest and claims to the aforementioned items.  Under this agreement, WILLIAM

BARTON, a.k.a. blackbart2010, authorizes any law enforcement agency of the United

States, or any other law enforcement agency that the United States may designate, to

destroy or dispose of said property in any manner permitted by law.


WILLIAM BARTON, a.k.a. blackbart2010
Defendant


JOHN C. NICKELSON
333 Texas Street, Suite 1700
Shreveport, LA 71101
Telephone: (318) 221-6277
Attorney for the Defendant


JOHN LUKE WALKER, ID #18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618